## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7891 | **DATE** | 5/10/2012 |
| **CASE TITLE** | USA ex rel. Yury Grenadyor vs. Ukrainian Village Pharmacy Inc.,et al | | |

**DOCKET ENTRY TEXT**

Relator's Rule 41(a)(2) Motion to Dismiss Defendants Yaroslaw Bandura, Alla Brodech, Walter Brodech, Emily Chatskis, Yuri Cherny, Aaron Greenspan, Iouri Melnik, Rima Polotskaya, Galina Sabir, Yuri Shapiro, Abram Starr, Yevgeny Tsyrulnikov, Bella Zarubinsky, and Eduard Zinger without prejudice is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

Courtroom Deputy Initials: WAP