# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7891 | **DATE** | 9/5/2012 |
| **CASE TITLE** | United States of America, *et al. ex rel* Yury Grenadyor vs. Ukranian Village Pharmacy, Inc., *et al.* | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: Defendants' Motions to Dismiss are granted and the Complaint is dismissed without prejudice. Plaintiff's Request for Leave to Replead is also granted. Plaintiff to replead by 9/28/2012. Status hearing set for 10/23/2012 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|